## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BRANDI WILLIAMS,<br>       Plaintiff | )<br>)<br>) |
| v. | )   Docket No.1:19-CV-11700-DLC<br>) |
| METROPOLITAN CASUALTY<br>INSURANCE COMPANY,<br>       Defendant | )<br>)<br>) |

## CERTIFICATE IN ACCORDANCE WITH LOCAL RULE 16.1(D)(3)

Defense counsel has conferred with her client with regard to establishing a budget for the costs of the litigation and has further conferred regarding resolution of this litigation through alternative dispute resolution. The Defendant is willing to consider alternative dispute resolution as a means of resolution of this case.

> /s/ Maureen H.S. Hebert, Esq.
> Maureen H.S. Hebert, Esquire
> BBO #630412
> Law Office of Amy Kropke
> 160 Gould Street, Suite 110
> Needham, MA  02494
> (781) 449-8702

I, Pamela J. Sullivan, on behalf of the Defendant, hereby certify that I have discussed a budget for the costs of litigation and have further conferred with my attorney regarding resolution of this litigation through alternative dispute resolution.

> /s/ Pamela J. Sullivan
> On behalf of Metropolitan Property and
> Casualty Insurance Company

I Pamela J. Sullivan, Adjuster for Metropolitan Property and Casualty Insurance Company, hereby certify that I have discussed a budget for the costs of litigation and have further conferred with defense counsel regarding resolution of this litigation through alternative dispute resolution.

> /s/ Pamela J. Sullivan
> Pamela J. Sullivan

## CERTIFICATE OF SERVICE

I, **Maureen H.S. Hebert**, Attorney for the Defendant, **Metropolitan Casualty Insurance Company**, hereby certify that on this date I served the following document:

**Certificate in Accordance with Local Rule 16.1(D)(3)**

by serving an electronic copy of the same to: ***Brandi Williams, Pro Se, 12 Westminster Avenue, Boston, MA 02119.***

/s/ Maureen H.S. Hebert
Maureen H.S. Hebert, Esquire

DATED: __10/02/2019_____